**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Katz, et al., | No. CV-18-08308-PCT-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| New Enchantment LLC, New Enchantment Group LLC, and Enchantment Group, | |
| Defendants. | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003).

In this case, the complaint fails to sufficiently plead jurisdiction. *See* 28 U.S.C. § 1332; *Johnson v. Columbia Properties Anchorage, L.P.,* 437 F.3d 894, 899 (9th Cir. 2006) (discussing the citizenship of a limited liability company); *Hertz Corp. v. Friend*, 559 U.S. 77, 80, 92-93 (2010) (discussing the citizenship of a corporation). Accordingly,

**IT IS ORDERED** that by noon, November 7, 2018, Plaintiff shall file a supplement to the complaint properly alleging the citizenship of the limited liability companies and identifying the entity type and citizenship for the "Enchantment Group" or this case will be dismissed, without prejudice, for lack of federal subject matter jurisdiction.

**IT IS FURTHER ORDERED** that on November 7, 2018 at 3:00 p.m. counsel for Plaintiff shall appear and show cause why he should not be sanctioned for failing to plead

federal subject matter jurisdiction repeatedly. (*See* CV 18-8044-PCT-JAT Doc. 10).

Dated this 5th day of November, 2018.

James A. Teilborg
Senior United States District Judge