**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Katz, et al., | No. CV-18-08308-PCT-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| New Enchantment LLC, et al., | |
| Defendants. | |

On December 17, 2019 Defendants filed a demand for a jury trial. (Doc. 47). Previously, the parties stipulated that they had not requested a jury trial. (Doc. 35 at 4). This new demand is untimely. Fed. R. Civ. P. 38(b) (setting the time to demand a jury trial as "no later than 14 days after the last pleading directed to the issue is served"). "An untimely request for a jury trial must be denied unless some cause beyond mere inadvertence is shown." *Pac. Fisheries Corp. v. HIH Cas. & Gen. Ins.*, 239 F.3d 1000, 1002 (9th Cir. 2001) (collecting cases).

Accordingly,

IT IS ORDERED striking Defendants' demand for a jury trial as untimely. (Doc. 47).

Dated this 3rd day of January, 2020.

James A. Teilborg
Senior United States District Judge